# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00753-CV

## In re Tanner Reed Moore

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is dismissed as moot.

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: February 2, 2024